1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID W. WILSON,

11              Plaintiff,                No. CIV S-06-1032 FCD EFB P

12        vs.

13   JOHN DOVEY, et al.,

14              Defendants.               ORDER

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On December 20, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed

22   objections to the findings and recommendations.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed December 20, 2006, are adopted in

3    full; and,

4        2.  This action is dismissed for failure to state a claim.  *See* 28 U.S.C. § 1915A;

5    *see also Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000).

6    DATED: March 8, 2007.

7

8                                                          _____

9                                                          FRANK C. DAMRELL, JR.
                                                           UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26