# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| DAVID WAYNE WILSON, | No. 07-15520 |
| Plaintiff - Appellant, | D.C. No. CV-06-01032-FCD/EFB |
| v. | |
| JEANNE S. WOODFORD, Warden; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _No federal right is implicated by plaintiff's claim_

_____
Judge
United States District Court

Date: 4/25/07